■ ROBERT P. KOCH et al., Appellants, v DAVID L. YUNICH, as Chairman and Chief Executive Officer of the New York City Transit Authority, et al., Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to prohibit respondents from taking any actions to remove or demote petitioners, they appeal from a judgment of the Supreme Court, Kings County, dated October 7, 1975, which (1) granted respondents' motion for summary judgment, (2) denied their cross motion for summary judgment and (3) dismissed the petition. Judgment affirmed, without costs or disbursements. Section 80 of the Civil Service Law, which was amended in 1972 (L 1972, ch 283, §§ 2-6) to provide that, upon the abolition or reduction of positions, the incumbents are to be discharged, suspended or demoted in the inverse order of permanent appointment to the *classified service* (rather than to the *competitive class),* is constitutional (see *Koch v Yunich,* 533 F2d 80). Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ JEROME I. MECKLER et al., Respondents, and KANAJE CORPORATION, Appellant-Respondent, v LEIF BERGSTOL et al., Respondents-Appellants.—In an action *inter alia* to enjoin defendants from utilizing certain building plans and drawings, the corporate plaintiff and the defendants cross-appeal from an order of the Supreme Court, Rockland County, entered March 17, 1976, which denied their respective motions for summary judgment. Order modified, on the law, by deleting therefrom the provision denying the defendants' cross motion for summary judgment and by substituting therefor a provision to the effect that the said cross motion is granted. As so modified, order affirmed, without costs or disbursements (see *Wright v Eisle,* 86 App Div 356). We do not agree with the holding in *Shaw v Williamsville Manor* (38 AD2d 442). Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.